**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2034**

─────────────

REGINALD EVANS, in his Capacities as an Officer and Founder Grace Academies Inc.,

Plaintiff - Appellant,

and

GRACE ACHIEVEMENT CENTER FOR EXCELLENCE ACADEMIES' INC.,

Plaintiff,

v.

SOUTH CAROLINA PUBLIC CHARTER SCHOOL DISTRICT,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:23-cv-04029-JFA)

─────────────

Submitted:  July 25, 2024                                     Decided:  July 29, 2024

─────────────

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Reginald Evans, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Evans appeals the district court's order accepting the recommendation of the magistrate judge and remanding this case to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Evans v. S.C. Pub. Charter Sch. Dist.*, No. 3:23-cv-04029-JFA (D.S.C. Oct. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*